IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHRISTINA STEIN, aka MARY STEIN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BANK OF AMERICA, N.A., successor by merger to Countrywide Bank, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., aka "MERS"; DOES 1-20, inclusive,<br><br>　　　　　Defendants.<br>_____ | 2:10-cv-02827-GEB-EFB<br><br>ORDER |

　　　　In light of Plaintiff's counsel's "Notice of Disability" filed on December 2, 2010, in which he states that he is totally disabled for sixty days from November 18, 2010, the hearing on Defendants' pending dismissal motion scheduled for December 6, 2010 is rescheduled to commence at 9:00 a.m. on February 7, 2011.

　　　　IT IS SO ORDERED.

Dated:　December 2, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　United States District Judge

1