IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHRISTINA STEIN, aka MARY STEIN,<br><br>          Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., successor in interest to Countrywide Bank, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. aka "MERS",<br><br>          Defendants. | 2:10-cv-02827-GEB-EFB<br><br><u>ORDER IMPOSING MONETARY SANCTIONS</u> |

        An Order to Show Cause ("OSC") was filed on November 15, 2012, directing Plaintiff to explain in a writing to be filed no later than November 19, 2012, why sanctions should not be imposed against her and/or her counsel for failure to file a timely final pretrial statement. (ECF No. 56.) Plaintiff's counsel did not respond to the OSC.

        Since Plaintiff's counsel failed to file a pretrial statement and failed to respond to the OSC, **Richard Sinclair, Esq. is sanctioned two hundred dollars ($200.00)**. This sanction shall be paid to the Clerk of this Court no later than 4:00 p.m. on November 26, 2012, by a check made payable to the "United States Treasury." This sanction is personal to counsel and shall not be transmitted to counsel's client.

1

   Further, the final pretrial conference remains on calendar for December 10, 2012 at 1:30 p.m. A **joint** final pretrial statement shall be filed no later than seven (7) days prior to the final pretrial conference.

   IT IS SO ORDERED.

Dated: November 20, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2