# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MARIA CHRISTINA STEIN,**

CASE NO: **2:10-CV-2827 GEB EFB**

v.

**BANK OF AMERICA, N.A. et al.,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 12/19/12.**

**Victoria C. Minor**
Clerk of Court

ENTERED: **February 21, 2013**

by: /s/ R. Becknal
Deputy Clerk